# EXHIBIT A

search name or ID#    |    ratings  schedule  results  date  champions  people  events  clubs/gyms  titles

predict    identities    suspensions    reports    directory    flags    officials and action    PE
                                                                          wiki    forum    follow    messages

## 👑 Devin Haney

⚠ suspended by New York State Athletic Commission indefinitely



**31** **0** **0**
15 KOs    0 KOs


unregistered
✉ f X ⊙ ♪
👁 2,308 followers

🖨 ⚖ ❓
print  weights  predict

| | |
|---|---|
| ⊙ Box-pro | ⊙ Box-am | ⊙ All Bouts | ⊙ promoter |

| | |
|---|---|
| division | super light |
| rating | ☆☆☆☆☆ |
| | 🌐 #1 / 2,386 |
| | #1 / 338 |
| bouts | 32 |
| rounds | 222 |
| KOs | 48.39% |
| BSI 🌐 | 0 |
| career | 2015-2024 |
| debut | 2015-12-11 |
| vada | ✓ |

| | |
|---|---|
| ID# | 741718 |
| birth name | Devin Miles Haney |
| sex | ♂ male |
| alias | The Dream |
| born | 1998-11-17 / age 25 |
| nationality | USA |
| hair colour | brown |
| eye colour | brown |
| stance | orthodox |
| height | 5' 8" / 173cm |
| reach 🌐 | 71" / 180cm |
| residence | Las Vegas, Nevada, USA |
| birth place | San Francisco, California, USA |
| wiki | W |

🚩
+ flag

| | | |
|---|---|---|
| Fed Id | Nevada Athletic Commission | expires 2024-11-02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ratings | schedule | results | date | champions | people | events | clubs/gyms | titles |

predict    identities    suspensions    reports    directory    flags    officials allocation

| | | | | | |
|---|---|---|---|---|---|
| ⚠ susp | Box-pro | Nevada Athletic Commission | 2023-05-20 → 2023-07-05 | 46 | No contact until 06/20/23 | ↺ |
| ⚠ susp | Box-pro | Nevada Athletic Commission | 2021-12-04 → 2022-01-19 | 46 / 30 | No contest until 01/19/22, No contact until 01/04/22 | ↺ |
| ⚠ susp | Box-pro | California State Athletic Commission | 2019-11-09 → 2019-11-16 | 7 | | ↺ |
| ⚠ susp | Box-pro | New York State Athletic Commission | 2019-09-13 → 2019-09-20 | 7 | Mandatory Rest | ↺ |
| ⚠ susp | Box-pro | California State Athletic Commission | 2018-09-28 → 2018-11-27 | 60 / 60 | or clear - cut on forehead | ↺ |
| ⚠ susp | Box-pro | California State Athletic Commission | 2018-09-28 → 2018-10-04 | 6 | | ↺ |
| ⚠ susp | Box-pro | Georgia Athletic And Entertainment Commission | 2017-11-04 → 2017-11-11 | 7 / 4 | | ↺ |
| ⚠ susp | Box-pro | California State Athletic Commission | 2017-06-24 → 2017-06-29 | 5 / 3 | | ↺ |

## Box-pro 32 bouts   ⬚ ratings on/off

| date ↕ | lbs ↓ | | lbs ↓ | w-l-d | last 6 | | result | rounds | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊙ 2024-04-20 140 | Ryan Garcia | 143¼ | 24 1 0 | ●●●●⊙● | New York, Brooklyn, Barclays Center | NC-ND | 12/12 | ☆☆☆☆☆ | event | bout | score | W wiki |

ref: Harvey Dock   Max DeLuca 112-112   Eric Marlinski 110-114   Robin Taylor 109-115

Haney down rd 7, rd 10, & rd 11. Garcia deducted 1 pt for hitting on the break rd 7.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊙ 2023-12-09 140 | Regis Prograis* | 139 | 29 1 0 | ⊙●●●●● | California, San Francisco, Chase Center | W-UD | 12/12 | ☆☆☆☆☆ | event | bout | score | W wiki |

ref: Jack Reiss   Rey Danseco 120-107   Mike Ross 120-107   Fernando Villarreal 120-107

🏆 WBC World Super Light (supervisor: Duane Ford)

Prograis down in round three.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ⊙ 2023-05-20 135 | Vasyl Lomachenko | 135 | 17 2 0 | ●⊙●●●● | Nevada, Las Vegas, MGM Grand | W-UD | 12/12 | ☆☆☆☆☆ | event | bout | score | W wiki |

ref: Harvey Dock   Tim Cheatham 115-113   Dave Moretti 116-112   David Sutherland 115-113

🏆 IBF World Light (supervisor: Carlos Ortiz Jr)
🏆 WBA Super World Light (supervisor: Jose Oliver Gomez)
🏆 WBC World Light (supervisor: Rex Walker)
🏆 WBO World Light (supervisor: Russell Mora)

| Q | ratings   schedule   results   date   champions   people   events   clubs/gyms   titles   s |

predict    identities    suspensions    reports    directory    flags    officials allocation

Arena

ref: Katsuhiko Nakamura   Leszek Jankowiak 119-109   Craig Metcalfe 118-110   Manuel Oliver Palomo 118-110

🏆 IBF World Light (supervisor: Ben Keilty)
🏆 WBA Super World Light (supervisor: Robert Mack)
🏆 WBC World Light (supervisor: Alberto Leon)
🏆 WBO World Light (supervisor: Danny Leigh)

| ⏱ 2022-06-05 135 | George Kambosos Jr | 134½ 20 0 0 | ●●●●●● | Victoria, Docklands, Melbourne, Marvel Stadium | W-UD | 12/12 | ⭐⭐⭐⭐☆ | 📅 event | 🔔 bout | 🎯 score | W wiki |

ref: Hector Afu   Zoltan Enyedi 116-112   Pawel Kardyni 118-110   Benoit Roussel 116-112

🏆 IBF World Light (supervisor: Ben Keilty)
🏆 WBA Super World Light (supervisor: Jose Oliver Gomez)
🏆 WBC World Light (supervisor: Patrick Cusick)
🏆 WBO World Light (supervisor: Craig Hubble)

| ⏱ 2021-12-04 135 | Joseph Diaz | 134¼ 32 1 1 | ●●●●●◐ | Nevada, Las Vegas, MGM Grand, Grand Garden Arena | W-UD | 12/12 | ⭐⭐☆☆☆ | 📅 event | 🔔 bout | 🎯 score | W wiki |

ref: Russell Mora   Tim Cheatham 116-112   Max DeLuca 117-111   Dave Moretti 117-111

🏆 WBC World Light (supervisor: Tito Gonzalez Rodriguez)

| ⏱ 2021-05-29 135 | Jorge Linares | 134   47 5 0 | ●◐●◐●● | Nevada, Las Vegas, Michelob Ultra Arena | W-UD | 12/12 | ⭐⭐½☆☆ | 📅 event | 🔔 bout | 🎯 score | W wiki |

ref: Russell Mora   Patricia Morse Jarman 116-112   Dave Moretti 115-113   Steve Weisfeld 116-112

🏆 WBC World Light

| ⏱ 2020-11-07 135 | Yuriorkis Gamboa | 135   30 3 0 | ◐●●●●◐ | Florida, Hollywood, Seminole Hard Rock Hotel and Casino | W-UD | 12/12 | ⭐⭐☆☆☆ | 📅 event | 🔔 bout | 🎯 score | W wiki |

ref: Telis Assimenios   Fernando Barbosa 118-109   Mike Ross 120-107   Michael Tate 120-107

🏆 WBC World Light (supervisor: Seymour Zivick)

Gamboa lost a point for holding in round eleven.

| ⏱ 2019-11-09 135 | Alfredo Santiago | 135   12 0 0 | ●●●●●● | California, Los Angeles, Staples Center | W-UD | 12/12 | ⭐⭐⭐☆☆ | 📅 event | 🔔 bout | 🎯 score | W wiki |

ref: Jerry Cantu   Karen Holderfield 120-107   Alejandro Rochin 120-107   Zachary Young 120-107

🏆 WBC World Light (supervisor: Alberto Guerra)

Santiago down rd 5. Santiago cut left eye from legal punches rd 11.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | Q | ratings | schedule | results | date | champions | people | events | clubs/gyms | titles | s |

predict    identities    suspensions    reports    directory    flags    officials allocation

| 2019-09-13 134½ | Abdullaev | 134½ 11 0 0 | | Madison Square Garden Theater | W-RTD | 4/12 | ⚬ event  bout  score  W wiki |

🕒 3:00   ref: Charlie Fitch   John McKaie 40-36   Joseph Pasquale 40-36   Tom Schreck 40-36

🏆 WBC Interim World Light (supervisor: Seymour Zivick)

| 2019-05-25 134¾ | Antonio Moran | 134  24 3 0 | ⚬⚬⚬⚬⚬ | Maryland, Oxon Hill, MGM National Harbor | W-KO | 7/12 | ⭐⭐⭐☆☆ | event  bout  score  W wiki |

🕒 2:32   ref: Kenny Chevalier   Lynne Carter   Dave Moretti   Paul Wallace

🏆 WBA International Light (vacant) (supervisor: Shivana Inalsingh)
🏆 WBC International Light (supervisor: Jill Diamond)
🏆 WBO Inter-Continental Light (supervisor: Edgardo Lopez Sasso)

| 2019-01-11 134½ | Xolisani Ndongeni | 134¾ 25 0 0 | ⚬⚬⚬⚬⚬⚬ | Louisiana, Shreveport, StageWorks | W-UD | 10/10 | ⭐⭐☆☆☆ | event  bout  score  W wiki |

ref: Bruce McDaniel   Laurence Cole 100-89   Pat Dayton 99-90   Mickey Lofton 100-89

🏆 WBC International Light (vacant) (supervisor: Seymour Zivick)
🏆 WBO Inter-Continental Light (vacant) (supervisor: Porfirio Betegon)

| 2018-09-28 134¾ | Juan Carlos Burgos | 134½ 33 2 2 | ⚬⚬⚬⚬⚬ | California, Temecula, Pechanga Resort & Casino | W-UD | 10/10 | ⭐☆☆☆☆ | event  bout  score  W wiki |

ref: Zachary Young   Sergio Caiz 100-90   Edward Hernandez Sr 97-93   Alejandro Rochin 100-90

🏆 IBF North American Light (vacant) (supervisor: Aaron Kizer)

Haney cut left forehead from accidental headbutt.

| 2018-05-11 134¾ | Mason Menard | 134¼ 33 2 0 | ⚬⚬⚬⚬⚬ | Pennsylvania, Philadelphia, 2300 Arena | W-RTD | 9/10 | ⭐☆☆☆☆ | event  bout  score  W wiki |

🕒 3:00   ref: Gary Rosato   Pierre Benoist   Dana DePaolo   Lindsey Page

🏆 IBF USBA Light (vacant) (supervisor: Louis Priluker)

| 2017-11-04 137¾ | Hamza Sempewo | 136½ 14 8 0 | ⚬⚬⚬⚬⚬ | Georgia, Atlanta, Buckhead Fight Club | W-TKO | 5/6 | | event  bout  score  W |

🕒 1:39   ref: Brian Stutts   Irwin Deutsch   Harold Hunt   Edward Kanner

| 2017-09-22 137¾ | Mario Enrique Tinoco | 136¼ 16 4 3 | ⚬⚬⚬⚬⚬ | Pennsylvania, Philadelphia, SugarHouse Casino | W-UD | 8/8 | ⭐☆☆☆☆ | event  bout  score  W wiki |

ratings  schedule  results  date  champions  people  events  clubs/gyms  titles  s

predict  identities  suspensions  reports  directory  flags  officials allocation

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017-06-24 139¾ | Miguel Angel Perez Aispuro | 136¼ 8 5 2 | | Rancho Mirage, Agua Caliente Casino | W-KO | 5/8 | | event | bout | score | W wiki |

🕐 1:51  ref: Edward Hernandez Sr  Rudy Barragan  David Denkin  Fernando Villarreal

| 2017-04-15 139 | Hector Garcia Montes | 137½ 10 4 2 | | Baja California, Tijuana, Salon Sindicato Alba Roja | W-UD | 8/8 | ☆☆☆☆☆ | event | bout | score | W wiki |

ref: Juan Manuel Morales Lee  Carlos Javier de la Rocha 78-74  Esteban Franco 79-73  Leobardo Ibarra 77-75

| 2017-03-04 132¼ | Maximino Toala | 133¾ 11 4 1 | | Baja California, Tijuana, Salon Sindicato Alba Roja | W-TKO | 4/10 | | event | bout | score | W wiki |

🕐 1:34  ref: Cristian Curiel  Victor Arellano  Leobardo Ibarra  Alejandro Rochin

🏆 WBC Youth World Light (vacant)

| 2017-01-28 139 | Daniel Armando Valenzuela | 139  36 28 2 | | Baja California, Tijuana, AS Boxing Arena | W-KO | 2/8 | | event | bout | score | W wiki |

🕐 0:56  ref: Jesus Soto  Esteban Franco  Jesus Gonzalez  Francisco Pacheco

| 2017-01-12 132¼ | Odilon Rivera Meza | 132¼ 5 19 4 | | Baja California, Tijuana, Escape Bar | W-TKO | 1/8 | | event | bout | score | W wiki |

🕐 1:49  ref: Jesus Soto  Carlos Javier de la Rocha  Esteban Franco  Francisco Pacheco

| 2016-10-21 137¾ | Carlos Antonio Avila | 135¼ 6 7 1 | | Baja California, Tijuana, Grand Hotel | W-TKO | 5/6 | | event | bout | score | W wiki |

🕐 1:45  ref: Fernando Pablo Renteria  Esteban Franco  Leobardo Ibarra  Sergio Lechuga Sanchez

| 2016-09-15 136 | Mike Fowler | 132  5 2 0 | | Pennsylvania, Philadelphia, 2300 Arena | W-TKO | 5/6 | | event | bout | score | W wiki |

🕐 1:19  ref: Gary Rosato  Bernard Bruni  Dana DePaolo  Gail Jasper

| 2016-08-27 135¼ | Carlos Castillo | 134¾ 4 3 0 | | Pennsylvania, Washington, Meadows Racetrack & Casino | W-UD | 6/6 | | event | bout | score | W wiki |

ref: Ernie Sharif  Dana DePaolo 60-54  George Kachulis 60-54  Phil Rogers 60-54

| 2016-08-12 135 | Javier Meraz | 135  6 5 1 | | Baja California, | W-TKO | 2/6 | | event | bout | score | W wiki |



ratings   schedule   results   date   champions   people   events   clubs/gyms   titles
predict   identities   suspensions   reports   directory   flags   officials allocation

| | | | | | |
|---|---|---|---|---|---|
| 2016-06-25 135 | Clay Burns | 134  4 1 2 | Louisiana, Baton Rouge, Belle of Baton Rouge Casino | W-UD | 6/6 |

ref: Kevin Babineuax   Neil Ledet 60-54   Kenny Saintes 60-54   Keith Thibodeaux 60-54

| | | | | | |
|---|---|---|---|---|---|
| 2016-05-21 133 | Jairo Vargas | 130½ 4 0 0 | Nevada, Las Vegas, Downtown Las Vegas Event Center | W-TKO | 4/6 |

1:34   ref: Jay Nady   Tim Cheatham   Lisa Giampa   John McCarthy

| | | | | | |
|---|---|---|---|---|---|
| 2016-04-09 137½ | Rafael Vazquez | 132½ 2 4 0 | Nevada, Las Vegas, MGM Grand, Grand Garden Arena | W-UD | 4/4 |

ref: Benjy Esteves Jr   Kermit Bayless 40-36   Eric Cheek 40-36   Don Trella 40-36

| | | | | | |
|---|---|---|---|---|---|
| 2016-03-19 132¼ | Roman Melendez Hernandez | 132¼ 6 9 0 | Baja California, Tijuana, Billar El Perro Salado | W-TKO | 1/6 |

2:26   ref: Juan Manuel Morales Lee   Esteban Franco   Francisco Pacheco   Max Zuniga

| | | | | | |
|---|---|---|---|---|---|
| 2016-02-20 133½ | Jorge Sillas Amor | 134½ 5 23 0 | Baja California, Tijuana, Billar El Perro Salado | W-UD | 6/6 |

ref: Fernando Pablo Renteria   Esteban Franco 60-54   Francisco Pacheco 59-55   Max Zuniga 60-54

| | | | | | |
|---|---|---|---|---|---|
| 2015-12-18 133½ | Jose Iniguez | 133½ 7 21 0 | Baja California, Tijuana, Billar El Perro Salado | W-TKO | 1/4 |

1:36   ref: Ray Chavez   Esteban Franco   Francisco Pacheco   Max Zuniga

| | | | | | |
|---|---|---|---|---|---|
| 2015-12-11 132¼ | Gonzalo Lopez Rodriguez | 132¼ 1 1 0 | Baja California, Tijuana, Billar El Perro Salado | W-TKO | 1/4 |

0:33   ref: Fernando Pablo Renteria   Esteban Franco   Francisco Pacheco   Max Zuniga

Pro debut for Haney.

# EXHIBIT B

We've updated our Terms & Privacy Policy. By using the site you agree to both.    dismiss

W wiki    🗨 forum    👁 follow    ✉ messages    PE

search name or ID#  |  🔍    ratings  schedule  results  date  champions  people  events  clubs/gyms  titles  score

predict    identities    suspensions    reports    directory    flags    officials allocation

# Ryan Garcia

⚠ suspended by New York State Athletic Commission indefinitely

| 24 | 1 | 0 |
|---|---|---|
| 20 KOs | 1 KOs | |

⊙ Box-pro    ⊙ Box-am    ⊙ All Bouts



| | | | |
|---|---|---|---|
| division | welter | ID# | 765995 |
| status | inactive | sex | ♂ male |
| bouts | 26 | alias | 'King Ry' |
| rounds | 112 | born | 1998-08-08 |
| KOs | 83.33% | nationality | USA |
| career | 2016-2024 | hair colour | brown |
| debut | 2016-06-09 | eye colour | brown |
| vada | ✓ | stance | orthodox |
| | | height | 5' 8½" / 174cm |
| | | reach ⓘ | 70" / 178cm |
| | | residence | Los Angeles, California, USA |
| | | birth place | Victorville, California, USA |
| | | MMA | mixedmartialarts.com ↗ |
| | | wiki | W |

✉ 2,495 followers

🖶 print    ⚖ weights    ? predict

🚩 + flag

| | | | | | | |
|---|---|---|---|---|---|---|
| 🔢 | Fed Id | California State Athletic Commission | expires 2024-12-11 | | | ↺ |
| ⚠ susp | Box-pro | New York State Athletic Commission | 2024-04-20 → 2024-04-27 | 7 | Mandatory Rest | ↺ |
| ⚠ susp | Box-pro | New York State Athletic Commission | 2024-04-20 → indefinite | | Failed Urinalysis. $10k Fine | ↺ |
| ⚠ susp | Box-pro | New York State Athletic | 2024-04-20 → indefinite | (min 365) | Administrative suspension. Contact NYSAC. | ↺ |

| | | | | | |
|---|---|---|---|---|---|
| ⚠ susp | Box-pro | Commission | | | |
| ⚠ susp | Box-pro | Texas Combative Sports Program | 2023-12-02 → 2023-12-27 | 25 | |
| ⚠ susp | Box-pro | Nevada Athletic Commission | 2023-04-22 → 2023-10-20 | 181 / 31 | Must have right ribs X-ray, if positive must have Primary Dr.clearance or no contest until 10/20/23; minimum suspension no contest until 06/07/23, no contact until 05/23/23 |
| ⚠ susp | Box-pro | California State Athletic Commission | 2022-07-16 → 2022-07-23 | 7 | |
| ⚠ susp | Box-pro | Texas Combative Sports Program | 2022-04-09 → 2022-05-16 | 37 / 24 | |
| ⚠ susp | Box-pro | Texas Combative Sports Program | 2021-01-02 → 2021-01-24 | 22 / 14 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2020-02-14 → 2020-02-21 | 7 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2019-03-30 → 2019-04-05 | 6 | |
| ⚠ susp | Box-pro | New York State Athletic Commission | 2018-12-15 → 2018-12-22 | 7 | Mandatory Rest |
| ⚠ susp | Box-pro | California State Athletic Commission | 2018-09-01 → 2018-09-07 | 6 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2018-05-04 → 2018-05-10 | 6 / 4 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2018-03-22 → 2018-03-28 | 6 / 4 | |
| ⚠ susp | Box-pro | Quebec Boxing Commission | 2017-12-16 → indefinite - lifted | | lifted via email |
| ⚠ susp | Box-pro | California State Athletic Commission | 2017-07-15 → 2017-07-17 | 2 / 1 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2017-02-03 → 2017-02-07 | 4 / 2 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2016-12-17 → 2016-12-21 | 4 / 2 | |
| ⚠ susp | Box-pro | California State Athletic Commission | 2016-10-14 → 2016-10-16 | 2 | |

Box-pro 26 bouts    ⊞ ratings on/off

| date ↕ | lbs ↓ | | lbs ↓ | w-l-d | last 6 | | result | rounds | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-04-20 143¼ | Devin Haney | 140 | 31 0 0 | ⊙⊙⊙⊙⊙⊙ | New York, Brooklyn, Barclays Center | NC-ND | 12/12 | ☆☆☆☆☆ | event | bout | score | wiki |

ref: Harvey Dock   Max DeLuca 112-112   Eric Marlinski 114-110   Robin Taylor 115-109

Haney down rd 7, rd 10, & rd 11. Garcia deducted 1 pt for hitting on the break rd 7.

| 2023-12-02 143 | Oscar Duarte Jurado* | 142¾ | 26 1 1 | ⊙⊙⊙⊙⊙⊙ | Texas, Houston, Toyota Center | W-KO | 8/12 | ☆☆☆☆☆ | event | bout | score | wiki |

🕐 2:51   ref: James Green   Jesse Reyes 69-64   Randy Russell 68-65   Jose Roberto Torres 68-65

| 2023-04-22 135½ | Gervonta Davis | 135 | 28 0 0 | ⊙⊙⊙⊙⊙⊙ | Nevada, Las Vegas, T-Mobile Arena | L-KO | 7/12 | ☆☆☆☆☆ | event | bout | score | wiki |

🕐 1:44   ref: Thomas Taylor   Tim Cheatham 56-58   Dave Moretti 56-59   Steve Weisfeld 55-59

Garcia down in rounds two and seven.

| 2022-07-16 140 | Javier Fortuna* | 139¾ | 37 3 1 | ⊙⊙⊙⊙⊙⊙ | California, Los Angeles, Crypto.com Arena | W-KO | 6/12 | ☆☆☆☆☆ | event | bout | score | wiki |

🕐 0:27   ref: Jerry Cantu   Rey Danseco 50-43   Gary Ritter 50-43   Zachary Young 50-43

Fortuna down rd 4, rd 5 & rd 6 counted out.

| 2022-04-09 138¾ | Emmanuel Tagoe | 138¾ | 32 1 0 | ⊙⊙⊙⊙⊙⊙ | Texas, San Antonio, Alamodome | W-UD | 12/12 | ☆☆☆☆☆ | event | bout | score | wiki |

ref: Jon Schorle   Tom Carusone 119-108   Lisa Giampa 118-109   Ellis Johnson 119-108

Tagoe down in round two.

| 2021-01-02 135 | Luke Campbell | 135 | 20 3 0 | ⊙⊙⊙⊙⊙⊙ | Texas, Dallas, American Airlines Center | W-TKO | 7/12 | ☆☆☆☆☆ | event | bout | score | wiki |

🕐 1:58   ref: Laurence Cole   Rey Danseco 58-56   Glenn Feldman 58-55   Mark Lyson 58-55

🏆 WBC Interim World Light (supervisor: Robert J.B. Lenhardt)

Garcia down in round two, Campbell down in round seven.

| 2020-02-14 134¾ | Francisco Fonseca | 134¾ | 25 2 2 | ⊙⊙⊙⊙⊙⊙ | California, Anaheim, Honda Center | W-KO | 1/12 | ☆☆☆☆☆ | event | bout | score | wiki |

🕐 1:20   ref: Raul Caiz Sr   Lou Moret   Troyce Stamey   Zachary Young

🏆 WBC Silver Light (supervisor: Nancy Rodriguez)

| date ↕ | lbs ↓ | | lbs ↓ | w-l-d | last 6 | | result | rounds | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Fonseca down rd 1 count waived - California rules: KO.

| ⊚ 2019-11-02 135 | Romero Duno | 135 | 21 1 0 | ⊚⊚⊚⊚⊚⊚ | Nevada, Las Vegas, MGM Grand, Grand Garden Arena | W-KO | 1/12 | ⭐☆☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

🕐 1:38   ref: Tony Weeks   Eric Cheek   Glenn Feldman   Patricia Morse Jarman

🏆 WBC Silver Light (vacant) (supervisor: Duane Ford)
🏆 WBO NABO Light

| ⊚ 2019-03-30 134½ | Jose Lopez | 134 | 20 3 1 | ⊚⊚⊚⊚⊚⊚ | California, Indio, Fantasy Springs Casino | W-RTD | 2/10 | ⭐⭐☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

🕐 3:00   ref: Jack Reiss   Rudy Barragan   Lou Moret   Zachary Young

Lopez down rd 2. Lopez does not come out for rd 3 - California rules: KO.

| ⊚ 2018-12-15 134¾ | Braulio Rodriguez | 133¼ | 19 3 0 | ⊚⊚⊚⊚⊚⊚ | New York, New York, Madison Square Garden | W-KO | 5/10 | ⭐☆☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

🕐 1:14   ref: Ron Lipton   Glenn Feldman   Ron McNair   Steve Weisfeld

| ⊚ 2018-09-01 134¼ | Carlos Morales | 134¼ | 17 2 3 | ⊚⊚⊚⊚⊚⊚ | California, Indio, Fantasy Springs Casino | W-MD | 10/10 | ⭐⭐☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

ref: Thomas Taylor   Max DeLuca 98-92   David Denkin 95-95   Edward Hernandez Sr 98-92

| ⊚ 2018-05-04 129¾ | Jayson Velez* | 130 | 26 4 1 | ⊚⊚⊚⊚⊚⊚ | California, Carson, StubHub Center | W-UD | 10/10 | ⭐⭐☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

ref: Raul Caiz Sr   Max DeLuca 99-91   Alejandro Rochin 99-91   Fernando Villarreal 99-91

🏆 North American Boxing Federation Super Feather (vacant) (supervisor: Craig Hubble)
🏆 WBO NABO Super Feather (vacant) (supervisor: Genaro Rodriguez)

Velez cut right eye from legal punches in rd 6.

| ⊚ 2018-03-22 129½ | Fernando Vargas Parra | 129¾ | 32 13 3 | ⊚⊚⊚⊚⊚⊚ | California, Indio, Fantasy Springs Casino | W-KO | 1/10 | ⭐☆☆☆☆ | 🗓 event | 🔔 bout | 📊 score | W wiki |

🕐 2:55   ref: Jerry Cantu   Rudy Barragan   Carla Caiz   Pat Russell

🏆 North American Boxing Federation Junior Super Feather (supervisor: Mohammad Noor)

| date ↕ | lbs ↓ | | lbs ↓ | w-l-d | last 6 | | result | rounds | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Vargas down in round 1

| 2017-12-16 | 130½ | Noe Martinez Raygoza | 127¾ | 23 9 1 | ●●●●●● | Quebec, Laval, Place Bell | W-TKO | 8/8 | ☆☆☆☆☆ | event | bout | score | W wiki |

🕐 1:45   ref: Alain Villeneuve   Marie Josee Guerin   Jean Lapointe   Sylvain Leblanc

| 2017-11-02 | 129¾ | Cesar Alan Valenzuela Zatarain | 129¾ | 14 5 1 | ●●●●●● | Arizona, Tucson, Casino Del Sol | W-TKO | 3/8 | ☆☆☆☆☆ | event | bout | score | W wiki |

🕐 2:59   ref: Tony Zaino   Federico Encinas   Steve Sandoval   Rubin Rocky Taylor

🏆 North American Boxing Federation Junior Super Feather

| 2017-09-15 | 130 | Miguel Carrizoza | 129½ | 10 2 0 | ●●●●●● | Nevada, Las Vegas, MGM Grand, Marquee Ballroom | W-KO | 1/8 | ☆☆☆☆☆ | event | bout | score | W wiki |

🕐 0:30   ref: Jay Nady   Adalaide Byrd   Burt A Clements   Lisa Giampa

🏆 North American Boxing Federation Junior Super Feather (vacant)

Carrizoza down twice in Round 1.

| 2017-07-15 | 131½ | Mario Antonio Macias | 132 | 28 21 0 | ●●●●●● | California, Inglewood, Forum | W-KO | 1/4 | ☆☆☆☆☆ | event | bout | score | W wiki |

🕐 1:14   ref: Jack Reiss   Edward Hernandez Sr   Ralph McKnight   Fernando Villarreal

Macias down twice in rd 1 count waived - California rules: KO.

| 2017-05-06 | 131¼ | Tyrone Luckey | 131½ | 8 6 3 | ●●●●●● | Nevada, Las Vegas, T-Mobile Arena | W-TKO | 2/6 | ☆☆☆☆☆ | event | bout | score | W wiki |

🕐 2:20   ref: Russell Mora   Kermit Bayless 10-8   Tim Cheatham 10-8   Glenn Trowbridge 10-8

Luckey down once in Round 1.

| 2017-02-03 | 133¼ | Devon Jones | 133¾ | 2 1 0 | ●●● | California, Los Angeles, Belasco Theater | W-KO | 2/6 | | event | bout | score | W wiki |

🕐 0:55   ref: Raul Caiz Sr   Rudy Barragan   Max DeLuca   Jack Reiss

Jones down twice in rounds one and two.

| 2016-12-17 | 131½ | Jose Antonio Martinez | 131½ | 8 7 0 | ●●●●● | California, Inglewood, Forum | W-KO | 2/6 | | event | bout | score | W wiki |

🕐 2:00   ref: Rudy Barragan   Edward Hernandez Jr   Fernando Villarreal   Zachary Young

Martinez cut left eye from punch rd 1. Martinez down in rd 2.

| date ↕ | lbs ↓ |  | lbs ↓ | w-l-d | last 6 |  | result | rounds |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016-10-14 134 | Mario Aguirre | | 135 | 2 4 0 | ●○○●●● | California, Studio City, Los Angeles, Sportsmans Lodge | W-RTD | 2/4 | | event | bout | score | wiki |

3:00   ref: Raul Caiz Sr   Sergio Caiz   Lou Moret   Zachary Young

Aquirre cut on bridge of nose from punch rd 2. Aguirre's corner throws in towel before rd 3 - California rules: TKO.

| 2016-08-17 131¼ | Jonathan Cruz | | 129½ | 2 2 0 | ○●●○ | California, Los Angeles, Exchange LA | W-TKO | 2/4 | | event | bout | score | wiki |

1:44   ref: Rudy Barragan   Michael Bell   Ray Corona   Fernando Villarreal

| 2016-07-27 127¾ | Cristian Cruz Chacon | | 127¾ | 1 3 0 | ○●○●○ | Baja California, Tijuana, Rancho Grande Bar | W-UD | 4/4 | ☆☆☆☆☆ | event | bout | score | wiki |

ref: Fernando Pablo Renteria   Carlos Javier de la Rocha 38-37   Esteban Franco 39-36   Max Zuniga 39-36

| 2016-07-07 131¼ | Luis Lozano | | 130 | 0 4 0 | ●●●● | Baja California, Tijuana, Rancho Grande Bar | W-TKO | 1/4 | | event | bout | score | wiki |

1:40   ref: Juan Manuel Morales Lee   Carlos Javier de la Rocha   Francisco Pacheco   Max Zuniga

| 2016-06-24 132¼ | Hector Garcia | | 130 | 0 2 1 | ●○●● | Baja California, Tijuana, Billar El Perro Salado | W-TKO | 1/4 | | event | bout | score | wiki |

1:12   ref: Juan Manuel Morales Lee   Leobardo Ibarra   Francisco Pacheco   Max Zuniga

| 2016-06-09 132¼ | Edgar Meza | | 132 | debut | | Baja California, Tijuana, Rancho Grande Bar | W-TKO | 1/4 | | event | bout | score | wiki |

1:34   ref: Juan Manuel Morales Lee   Carlos Javier de la Rocha   Francisco Pacheco   Max Zuniga

©BoxRec is the official record keeper for 410 sports authorities worldwide, it is not under direct control of any single authority. Data may be incomplete/inaccurate.

# EXHIBIT C

## FIRST AMENDMENT TO TERM SHEET FOR CO-PROMOTION/BOUT AGREEMENT

This First Amendment to Term Sheet for Co-Promotion/Bout Agreement is dated as of April 19, 2024 by and between Golden Boy Promotions, LLC ("Golden Boy") on the one hand and Devin Haney Promotions, LLC ("Haney Promotions") and Devin Haney ("Boxer") on the other.

1.  The following provisions of Paragraph 4 of that certain Term Sheet for Co-Promotion/Bout Agreement dated as of February 5, 2024 (the "Term Sheet") are hereby modified as follows:

    a.  The reference in Paragraph 4 to "forty-five percent (45%)" shall now read "forty-seven percent (47%)";

    b.  The amount of the Advance shall be increased from Two Million Dollars ($2,000,000) to Two Million Six Hundred Thousand Dollars ($2,600,000); and

    c.  The Advance shall be payable one (1) business day following completion of the Event.

2.  The following shall be added at the end of paragraph 2 of the Term Sheet:

"Within thirty (30) business days of the Bout, Golden Boy shall direct DAZN to pay Three Hundred Thousand US dollars ($300,000) to Matchroom Boxing USA. This payment shall be an expense of the promotion but shall be in addition to the Expense Budget."

3.  All other terms and conditions of the Term Sheet shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this FIRST AMENDMENT TO TERM SHEET FOR BOUT AGREEMENT as of the date first above written.

Golden Boy Promotions, LLC

By: _____    _____
    Name: Oscar De La Hoya                Devin Haney
    Title: Chairman & CEO

Devin Haney Promotions

By: _____
    Name: _____
    Title: _____

- 1 -

TERM SHEET FOR CO-PROMOTION/BOUT AGREEMENT

This Term Sheet for Co-Promotion/Bout Agreement is dated as of February 5, 2024 by and between Golden Boy Promotions, LLC ("Golden Boy") and Haney Promotions, LLC ("Haney Promotions") and Devin Haney ("Boxer").

1. Boxer agrees to participate in a twelve (12) round professional boxing match against Ryan Garcia ("Opponent") at a maximum weight of 140 lbs. (the "Bout") for Boxer's World Boxing Council ("WBC") Junior Welterweight world title. The Bout will be part of a professional boxing card (the "Event") to be promoted by Golden Boy on or about April 20, 2024, at a venue in the United States to be determined by Golden Boy (the "Venue"). The Bout will be broadcast as a DAZN Pay Per View ("PPV").

2. If Haney Promotions is a licensed boxing promoter in the jurisdiction of the Venue (to be determined as of March 1, 2024) that controls all of Boxer's promotional rights, then the Event will be a co-promotion between Haney Promotions and Golden Boy, with Golden Boy being the lead promoter of the Event. In the event of a co-promotion, Golden Boy shall have final decision-making authority regarding all promotional decisions related to the Event, after reasonable, good faith consultation with Haney Promotions. Golden Boy estimates that the total expenses for the Event, including all undercard expenses, promotional expenses and operational expenses, will be no more than $3,500,000 the ("Expense Budget"). Any amounts to be spent in excess of the Expense Budget will be subject to the prior written approval of Haney Promotions, not to be unreasonably withheld. If Haney Promotions is not a licensed boxing promoter in the jurisdiction of the Venue by March 1, 2024, then the Event shall be billed as a Golden Boy promotion "in association with" Haney Promotions.

3. The Bout will be conducted pursuant to the rules and regulations of the local Commission, and Boxer agrees to fully comply with all such rules and regulations.

4. Provided that (a) Boxer is not in breach of this Agreement or any other agreement relating to the Bout, and (b) the Bout actually takes place, Haney Promotions shall be entitled to forty-five percent (45%) of all Net Event Revenue received by Golden Boy, after deduction of a thirteen percent (13%) promotional fee for Golden Boy. For clarity, Golden Boy's total promotional fee shall be thirteen percent (13%) from the Event. In addition, Haney Promotions shall receive two-and one-half percent (2.5%) of Golden Boy's promotional fee. Boxer shall receive a fight night advance payment of Two Million Dollars ($2,000,000), less all applicable sanctioning fees, licensing fees, taxes, and any other similar fees and any monies previously advanced to Boxer by Golden Boy, payable within five (5) business days following the completion of the Event ("Advance").

5. Haney Promotions shall be entitled to purchase an amount of tickets for the Event to be negotiated between the parties prior to the public sale after the sponsor obligations have been met. Any ticket purchased by Haney Promotions must be at face value and be paid for at the time of purchase. Boxer and Opponent shall each receive $50,000 in comped tickets.

- 1 - 17896-00601/5071080.3

6. Boxer and Opponent shall each have his choice of eight (8) ounce gloves subject to Commission approval.

7. Haney Promotions and Boxer grant to Golden Boy and its designee(s) all exclusive rights required to stage the Bout and to sell tickets of admission to the Event to the public, subject to Haney Promotions' right to purchase ticket set forth in paragraph 4, above.  Haney Promotions and Boxer also grant to Golden Boy all perpetual worldwide right, title and interest of every kind and nature in and to the Event, including, but not limited to: all rights of copyright; all broadcast and streaming rights in all media now known or hereafter invented; all merchandising and program rights; and the right to use in any and all media the name, likeness and biography of Boxer, trainers and other persons associated with Boxer who are connected with the Event, for the purpose of advertising, promotion, publicity and exploitation of the Event, subject to Haney Promotions' right to receive 45% of Net Event Revenue as set forth in paragraph 4, above.

8. Boxer and Opponent will not engage in any professional boxing match or exhibition, or engage in any publicity for future boxing matches, or otherwise render his services as a boxer to any other person or entity prior to the date of the Bout.

9. Boxer and Opponent shall fully cooperate and assist in the advertising, publicity, and promotion of the Bout and agrees to engage in all reasonable and customary publicity and promotion activities.

10. Golden Boy and Haney Promotions agree to negotiate exclusively and in good faith for a period of sixty (60) days following the Event with respect to a potential rematch.

11. Boxer shall have all customary champion's privileges.  Boxer and Opponent shall receive the same travel, accommodations, and per diem allowances.

12. Haney Promotions shall be entitled to industry standard clip rights, subject to reasonable time limits and blackout periods.

13. Net Event Revenue, as well as all payments owed to Haney Promotions pursuant to this agreement, shall be subject to Haney Promotions' reasonable right of inspection and audit.

14. Golden Boy, Haney Promotions and Boxer intend to enter into a more formal agreement incorporating the terms hereof, but until such more formal agreement is executed, this Agreement shall constitute the entire understanding of the parties hereto and shall constitute a legal and binding agreement between the parties.  [Signatures on following page]

15. Haney has a right to audit all the books and have copies of all recipients,  reports, and invoices.

- 2 - 17896-00601/5071080.3

IN WITNESS WHEREOF, the parties have executed this TERM SHEET FOR BOUT AGREEMENT as of the date first above written.

Golden Boy Promotions, LLC By:   Name: Oscar De La Hoya Title: Chairman & CEO
 Haney Promotions, LLC By:   Name: _____ Title: _____   Devin Haney

- 3 - 17896-00601/5071080.3

Case 1:24-cv-06845-FB-TAM   Document 27-1   Filed 12/19/24   Page 20 of 25 PageID
#: 190
Case 1:24-cv-06845-FB-TAM   Document 1-1   Filed 09/27/24   Page 20 of 25 PageID #:
36



# EXHIBIT D

**ATHLETIC COMMISSION**
STATE OF NEW YORK
**DEPARTMENT OF STATE**
123 WILLIAM STREET
NEW YORK, NY 10038-3804
TELEPHONE: (212) 417-5700
FAX: (212) 417-4987
HTTPS://DOS.NY.GOV

KATHY HOCHUL
GOVERNOR
WALTER T. MOSELY
SECRETARY OF STATE
MATTHEW DELAGLIO
ACTING EXECUTIVE DIRECTOR
NITIN K. SETHI, MD
CHIEF MEDICAL OFFICER
ANGELA GAGLIARDI, MD
ASSISTANT CHIEF MEDICAL OFFICER

NEW YORK STATE ATHLETIC COMMISSION
NEW YORK STATE DEPARTMENT OF STATE
---------------------------------------------------------------X
In the Matter of the Alleged Violations of Article 41
of the General Business Law and the Regulations
promulgated thereunder,

**CONSENT ORDER**
File No: AC24-0007

-by-

RYAN GARCIA
Professional Boxer
(License No: DOS-PRO-BOX-CBT-LIC-2024-000038)

Respondent.
---------------------------------------------------------------X

1.  The New York State Athletic Commission (the "Commission") is a division within the New York State Department of State charged with the regulation of licensed professional boxing and with the enforcement of Article 41 of the General Business Law ("GBL") of the State of New York and the Regulations promulgated thereunder.

2.  At all times relevant herein, RYAN GARCIA ("Respondent") was, and is, licensed by the Commission as a professional boxer (License No: DOS-PRO-BOX-CBT-LIC-2024-000038).

3.  Respondent has been advised of his right to counsel and is represented in this proceeding by Paul J. Greene, Esq., Global Sports Advocates, LLC., 254 Commercial Street, Suite 245 Portland, Maine USA 04101.

4.  By executing this Consent Order, Respondent affirmatively waives any and all rights to hearing, and any appeals as provided by law, consents to the issuance and entry of this Order, and agrees to be bound by the terms, provisions, and conditions contained herein.

5.  On April 20, 2024, Respondent participated in a Commission-sanctioned professional boxing contest held at The Barclay's Center in Brooklyn, New York against Mr. Devin Haney (the "Bout"). Respondent was declared the winner of the Bout by majority decision.

6.  Following the Bout, the Commission obtained evidence of adverse analytic findings in Respondent's urine.



7.   Respondent has been advised of his rights pursuant to, *inter* alia, GBL §§ 1004, 1007(4), 1019 and 19 NYCRR §§ 19 NYCRR §§ 206.6-206.14, 208.1, 208.11(d), 208.17, 209.3 and waives his rights to required notices and agrees to bound by the terms and conditions as set forth herein.

8.   Respondent admits the allegations and violations set forth herein, and affirms that all violations alleged by the Commission have been, or will be rectified, in accordance with the terms set forth herein:

    I.   Respondent failed to disclose to Commission physicians all prescriptions / non-prescription medications or supplements taken prior to the Bout, in violation of NY GBL § 1007(4);19 NYCRR § 208.6(a).

*NOW*, in consideration of the above premises, it is **ORDERED:**

1.   That Respondent shall execute and forward the within Consent Order to the New York State Athletic Commission, Attn: Samantha McEachin, Esq., 123 William Street, 2nd Floor, New York, NY 10038, **so that the original of same is received on or before June 21, 2024.** Said Consent Order may be delivered to the Commission electronically; and

2.   In consideration of, among other things, waiving his rights for a hearing, **Respondent's professional licenses shall be administratively suspended for 1 year from April 20, 2024** (i.e., effective until at least April 20, 2025), and **such suspension shall continue until Respondent shall a pay a fine to the Commission in the sum of Ten Thousand ($10,000.00)**; and

3.   **Respondent shall continue to be medically suspended until such time that Respondent provides sufficient medical evidence demonstrating to the satisfaction of the Commission that Respondent is medically fit to fight.** Such medical evidence must include a urinalysis which does not indicate a positive result for illegal and/or prohibited substances as mandated by the Commission, including a negative result for Anabolic Agents; and

4.   **Respondent's purse received following the Bout and for his performance relating thereto, shall be declared forfeited and returned to the promoter, Golden Boy Promotions.** Respondent's administrative suspension shall continue until Respondent provides sufficient evidence that such forfeiture has been satisfied; and

5.   The Commission shall change the official Bout result to a **"No Contest"**; and

6.   Failure by the Respondent to timely comply with any of the foregoing conditions, shall render the offer set forth herein null and void and shall result in new proceedings against the Respondent; and

7.   That the Consent Order herein expressly depends upon representations made by the Respondent, both oral or written, formal or informal, which relate to the subject matter of the Consent Order and that such representations have fully, accurately, and truthfully disclosed all relevant facts to the Commission. If any such representation is determined to be limited, inaccurate or untruthful, the Commission shall not be bound by the terms herein and shall initiate any action it deems appropriate in the administrative, civil, or criminal prosecution of the Respondent; and

8.    The provisions of this Consent Order shall be deemed to bind Respondent, Respondent's agents, employees, successors, and assigns, and all persons, firms, or corporations acting under or for the Respondent; and

9.    The effective date of this Order shall be the date on which the Commission signs it and shall expire when the Respondent has fully complied with the requirements of this Consent Order. The Commission will provide Respondent with a fully executed copy of this Consent Order as soon as practicable after the Commission signs it; and

10.    The failure of Respondent to comply fully and in a timely fashion with any provision of this Consent Order shall constitute a default and a failure to perform an obligation under this Consent Order; and

11.    This Consent Order constitutes the entire agreement of the parties and no provision of the agreement shall be deemed waived or otherwise modified except as is specifically set forth in a writing executed by the Commission indicating an intent to modify this Consent Order; and

12.    Nothing contained in this Consent Order shall be construed as barring, diminishing, adjudicating or in any way affecting (1) any legal, administrative or equitable rights or claims, actions, suits, causes of action or demand whatsoever that the Commission may have against anyone other than Respondent, his agents, employees, successors, and assigns, and all persons, firms, or corporations acting under or for the Respondent; (2) any right of the Commission to enforce administratively or at law or in equity, the terms, provisions and conditions of this Consent Order; or (3) any right of the Commission to bring any future action, either administrative or judicial, for any other violations of the applicable laws, the implementing regulations or conditions contained in orders if any, issued by the Commission to Respondent.

Dated: 06/20/2024
New York, New York

_____
Matthew Delaglio
Acting Executive Director
New York State Athletic Commission

## CONSENT OF RESPONDENT RYAN GARCIA

Respondent RYAN GARCIA hereby consents to the issuing and entering of this Consent Order, waives the right to a hearing as provided by law, and agrees to be bound by the terms and conditions herein.

PAUL J. GREENE, ESQ., an attorney duly admitted to practice law in the state of New York, retained to represent the Respondent in this matter, affirms this 20th day of June , 2024 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, that I hereby have been authorized to enter and accept the within Consent Order on behalf of RYAN GARCIA, and understand that this document may be filed in an action or proceeding in a court of law.

Consent of:

_____

RYAN GARCIA
By:      PAUL J. GREENE, ESQ.
         Attorney for Respondent