## DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW
685 VAN HOUTEN AVENUE
CLIFTON, NEW JERSEY 07013

(973) 778-7575
FACSIMILE
(973) 778-7633

PATRICK C. ENGLISH
Email: dinesandenglish@aol.com
ALSO ADMITTED IN
THE UNITED STATES
DISTRICT COURTS FOR THE
SOUTHERN AND EASTERN DISTRICTS OF
NEW YORK, CONNECTICUT,
AND THE NORTHERN DISTRICT OF ILLINOIS

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
Email: jsdinesandenglish@verizon.net
OF COUNSEL
ALSO ADMITTED IN NEW YORK

January 15, 2025

Re: Civil Action No.: 1-24- cv-06845 FB-TM

Honorable Fredric Block, U.S.D.J.

Honorable Taryn Merkl, U.S.M.J.

United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judges Block and Merkl:

Over the past few days there has been a significant development in the above matter. I write with the consent of all counsel of record to inform you.

There has been an informal mediation. That mediation has made significant progress in resolving this matter to the extent that letters of intent memorializing a settlement in principle have been executed subject to the drafting of long form agreements. The letters of intent give a 90-day window to have long form agreements drafted and executed. The settlement in principle involves a series of boxing events which is why the 90-day time frame was set though the parties will attempt to consummate the long form agreements earlier.

We are therefore submitting a proposed Consent Order staying the proceedings for 90 days with joint reports to be submitted to the Court at 30-day intervals as to the progress in finalizing settlement.

If the Consent Order meets with your approval the parties respectfully request that it be executed and filed.

Respectfully submitted,

_____
Patrick C. English, Esq.