# DINES AND ENGLISH, L.L.C.
ATTORNEYS AT LAW
685 VAN HOUTEN AVENUE
CLIFTON, NEW JERSEY 07013

(973) 778-7575
FACSIMILE
(973) 778-7633

PATRICK C. ENGLISH
Email: dinesandenglish@aol.com
ALSO ADMITTED IN
THE UNITED STATES
DISTRICT COURTS FOR THE
SOUTHERN AND EASTERN DISTRICTS OF
NEW YORK, CONNECTICUT,
AND THE NORTHERN DISTRICT OF ILLINOIS

AARON DINES
(1923-2002)

JASON M. SANTARCANGELO
Email: jsdinesandenglish@verizon.net
OF COUNSEL
ALSO ADMITTED IN NEW YORK

Honorable Frederic Block, U.S.D.J.

United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

March 14, 2025

Re: Status Report

Haney v. Garcia, et. al.   1:24-cv-06845-FB-TAM

Dear Judge Block:

This office represents plaintiffs Devin Haney and Devin Haney Promotions, Inc. However it is written on behalf of all parties in compliance with Your Honor's directive to provide status reports at 30 day intervals as to the progress toward resolution of this matter.

In sum we are continuing to make good progress. Without going into great detail, as to the Garcia portion of this matter the settlement involves a third party funding a series of boxing events. Contracts have been circulated and Haney and Mr. Garcia's promoter, Golden Boy, are working cooperatively to get those contracts in an appropriate form. Resolving issues between Mr. Haney and Mr. Garcia will also resolve issues regarding Mr. Honig. The third party has not been as expeditious as the parties would like, but progress is being made.

As to Golden Boy, one count involves a request for an audit. That audit has now been conducted so that is no longer an issue. We are having further discussion regarding the remaining Golden Boy issue.

The parties thank the Court for allowing us time to resolve this matter.

Respectfully submitted,

_____
Patrick C. English

Counsel for Devin Haney and Devin Haney Promotions, Inc.